

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-18-00628-CR

Braden Daniel **PRICE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10496
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Motion for Rehearing and Motion for En Banc Reconsideration is hereby GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court